UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wellington Anselmo, <br><br> Petitioner, <br><br> v. <br><br> ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director; U.S. Immigration and Customs Enforcement and Removal Operations; TODD LYONS, Acting Director of U.S. Immigration Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, Attorney General of the United States, <br><br> Respondents. | Civil Action No. 1:25-cv-13309-IT |

## ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 8] granting Petitioner Wellington Anselmo's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering a bond hearing by November 20, 2025, and Respondents' Status Report [Doc. No. 9] indicating Petitioner was granted bond on November 20 and was released from custody on November 21, 2025, this action is CLOSED.

IT IS SO ORDERED.

December 3, 2025                                /s/ Indira Talwani
                                                United States District Judge